IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RYAN CODY GOODMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIV. ACT. 1:22-cv-442-TFM-MU |
| ) | CRIM. ACT. 1:19-cr-29-TFM-MU |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION AND ORDER

On March 16, 2023, the Magistrate Judge entered a Report and Recommendation which recommends Petitioner Ryan Cody Goodman's motion under 28 U.S.C. § 2255 be dismissed as time barred.  *See* Doc. 30.  No objections were filed and the time frame has passed.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court.  Consequently, Petitioner's motions filed pursuant to 28 U.S.C. § 2255 (Docs. 26, 28) are **DISMISSED** as time barred.  Further, the Court determines that Goodman is not entitled to a Certificate of Appealability and, therefore, is not entitled to appeal *in forma pauperi*s.

Final judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 24th day of April, 2023.

>  /s/Terry F. Moorer
>  TERRY F. MOORER
>  UNITED STATES DISTRICT JUDGE